

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Allie Jaramillo,

\* From the Odessa Municipal Court of Ector County,
Trial Court No. 2022-001-2022-004

Vs. No. 11-23-00012-CV

\* February 9, 2023

City of Odessa Animal Control,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.